AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

United States District Court
Southern District of Texas
FILED

FEB - 8 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
)
v. )  Case No. B-20-mj-208
)
Dante Arcadio GUZMAN )
*Defendant(s)* )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 02/07/2020 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC 1956(h), and Title 31 USC 5332 | Conspiracy/Laundering of Monetary instruments in violation of Title 18, USC 1956 (h) and Bulk Cash Smuggling into or out of the United States in violation of Title 31, USC 5332 |

This criminal complaint is based on these facts:

On February 07, 2020, Cameron County Sheriff's Office (CCSO) conducted a traffic stop on a 2008 Silver Dodge Nitro for a traffic violation. The vehicle, bearing a temporary auction tag was being driven and solely occupied by an individual identified as Dante Arcadio GUZMAN. After an initial encounter and nervous demeanor CCSO Deputies obtained verbal consent to search the vehicle. A subsequent search and K9 alert revealed a total of forty (40) individual rubber banded stacks of bulk cash (U.S currency more than $10,000 USD) secreted within a spare tire attached underneath the vehicle.
Despite Agents not having mentioned the discovery of the currency, Dante Arcadio GUZMAN made several utterances indicating knowledge of the bulk currency, admitting with no provocation that it was not his and his sole job was to transport the vehicle from Greensboro, North Carolina to Mexico. GUZMAN associated the currency with illegal proceeds but emphasized no involvement in the transportation of drugs. A subsequent search of the Dodge Nitro revealed a vehicle title for the Dodge Nitro that was stamped "EXPORT."

☐ Continued on the attached sheet.

*Complainant's Signature*

Jason Broughton    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Feb 8, 2020
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*